IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Bocchi Americas Associates, Inc. | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-04-02411 |
| Commerce Fresh Marketing Inc.; Diran A. Elsaifi | § § § | |
| Defendants. | § § § | |

**FINAL JUDGMENT**

On November 16, 2004, the parties consented to proceed before a United States magistrate judge, pursuant to 28 U.S.C. § 636(c), for all further proceedings, including trial and entry of final judgment. (Docket Entry #16).

It is ORDERED that a judgment be entered on behalf Bocchi Americas Associates, Inc., against Commerce Fresh Marketing, Inc., in the amount of $123,000.00, plus pre-judgment interest at the rate of 5%, and post judgment interest at the rate of 4.9%. Bocchi is awarded attorney's fees in the amount of $38,400.00, and $7,500.00 in the event of an appeal.

Accordingly, it is ORDERED that this cause is DISMISSED with prejudice. This is a FINAL JUDGMENT.

The Clerk of the Court shall enter this final judgment and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this <u>6th</u> day of October 2006.

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**